**David MILLER, Petitioner**

v.

**Anthony PUCCIO and Josephine Puccio, his wife, Angeline J. Puccio, NRT Pittsburgh, LLC d/b/a Coldwell Banker Real Estate Services, and Suzanne Lorenzi Sala**

**No. 481 WAL 2016**

Supreme Court of Pennsylvania.

May 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**